

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00190-CR

**IN RE** Denise **MCVEA**

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
Irene Rios, Justice
Lori I. Valenzuela, Justice

Delivered and Filed: March 25, 2026

DISMISSED FOR LACK OF JURISDICTION

Relator, Denise McVea, filed her petition for writ of mandamus on March 9, 2026. McVea has named multiple municipal and county officers and departments as respondents. She invokes jurisdiction under Section 24.011 of the Texas Government Code, Article V, Section 8 of the Texas Constitution, and Article 1.05 of the Texas Code of Criminal Procedure. None of these provisions convey original jurisdiction to the intermediate courts of appeals over the identified respondents. The petition for writ of mandamus is dismissed for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH

---

[1]This proceeding arises out of Cause No. 2025CR009187, styled *The State of Texas v. Denise McVea*, pending in the 227th Judicial District Court, Bexar County, Texas, the Honorable Christine Del Prado presiding.